**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>District of Puerto Rico | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MANDY'S BBQ CORP | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): EIN: 66-0565870 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>AVE DOMENECH 415<br>PISO 2 LOCAL #5<br>HATO REY, PR  ZIPCODE 00918 | Street Address of Joint Debtor (No. and Street, City, and State  ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>San Juan | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>AVE DOMENECH 415<br>PISO 2 LOCAL #5<br>HATO REY, PR  ZIPCODE 00918 | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  Fast Food Restaurant

**Tax-Exempt Entity**
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [x] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/1/13 and every three years thereafter).*

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30906-302Y-09610 -

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **MANDY'S BBQ CORP** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | NONE | Case Number: | Date Filed: |
| Location Where Filed: | N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | NONE | Case Number: | Date Filed: |
| District: | | Relationship: | Judge: |

---

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)          Date

---

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.5-750 - 30906-302Y-096 10

**B1 (Official Form 1) (4/10)** | Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **MANDY'S BBQ CORP** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**WIGBERTO LUGO MENDER, ESQ. 212304**
Printed Name of Attorney for Debtor(s)

Lugo Mender & Co.
Firm Name

Centro Internacional de Mercadeo
Address

Carr 165 Torre I Suite 501Guaynabo PR 00968

(787) 707-0404
Telephone Number          e-mail

September 1, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**MARIA TERESA JUANES TEIRA**
Printed Name of Authorized Individual

STOCKHOLDER
Title of Authorized Individual

September 1, 2010
Date

B4 (Official Form4)(12/07)

## UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

In re __MANDY'S BBQ CORP_____ ,

　　　　　　　　　　　Debtor

Case No. _____

Chapter ___11_____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

　　　　Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Puerto Rico Telephone Co. PO Box 71401 San Juan, PR 00936 | Puerto Rico Telephone Co. PO Box 71401 San Juan, PR 00936 | Telephone service | | 571.88 |
| COCA COLA PO BOX 51985 TOA BAJA PR 00950-1985 | COCA COLA PO BOX 51985 TOA BAJA PR 00950-1985 | Trade debt | | 1,841.70 |
| BEST FIRE TECH PO BOX 190502 SAN JUAN PR 00919-0502 | BEST FIRE TECH PO BOX 190502 SAN JUAN PR 00919-0502 | Trade debt | Contingent Unliquidated Disputed | 1,956.13 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SIGN ENGINEERING CORP PO BOX 1179 SAN JUAN PR 00970-1179 | SIGN ENGINEERING CORP PO BOX 1179 SAN JUAN PR 00970-1179 | Trade debt | Contingent Unliquidated Disputed | 2,713.22 |
| WALTKOCH PO BOX 1646 DECATUR GEORGIA 30031 | WALTKOCH PO BOX 1646 DECATUR GEORGIA 30031 | Trade debt | | 3,794.86 |
| JOSHUA ENTERPRISES PO BOX 360293 SAN JUAN PR 00936-0293 | JOSHUA ENTERPRISES PO BOX 360293 SAN JUAN PR 00936-0293 | Trade debt | | 4,973.14 |
| Del Gas Inc. Po Box 362203 San Juan PR 00936-2203 | Del Gas Inc. Po Box 362203 San Juan PR 00936-2203 | Gas Service | | 8,055.00 |
| EMPRESAS DE GAS PO BOX 1025 SABAN SECA PR 00952-1025 | EMPRESAS DE GAS PO BOX 1025 SABAN SECA PR 00952-1025 | Trade debt | | 12,360.41 |
| JOSE SANTIAGO CALLE MARGINAL CARR 5 URB INDUSTRIAL LUCHETTI BAYAMON PR 00959 | JOSE SANTIAGO CALLE MARGINAL CARR 5 URB INDUSTRIAL LUCHETTI BAYAMON PR 00959 | Trade debt | | 13,357.10 |
| RG Premier Bank C/O Scotiabank PO Box 2510 Guaynabo, PR 00970-2510 | RG Premier Bank C/O Scotiabank PO Box 2510 Guaynabo, PR 00970-2510 | Credit Line | | 15,000.00 |

10. New Hope Software, Inc., ver. 4.5.3-747 - 30906

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| RIVERA MUNIZ ELISA HERNANDEZ LAW OFFICE PO BOX 364908 SAN JUAN PR 00936-4908 | RIVERA MUNIZ ELISA HERNANDEZ LAW OFFICE PO BOX 364908 SAN JUAN PR 00936-4908 | Legal Services | | 15,210.93 |
| Autoridad de Energia Electrica PO Box 363508 San Juan PR 00936-3508 | Autoridad de Energia Electrica PO Box 363508 San Juan PR 00936-3508 www.aeepr.com | Electricity Service | | 15,635.28 |
| ISIDORO ROFFE COHEN PO BOX 362469 SAN JUAN PR 00936-2469 | ISIDORO ROFFE COHEN PO BOX 362469 SAN JUAN PR 00936-2469 | Civil Action foreclosure | Contingent Unliquidated Disputed | 21,000.00 |
| DCF INC -DIAZ CANSECO PO BOX 364765 SAN JUAN PR 00936-4765 | DCF INC -DIAZ CANSECO PO BOX 364765 SAN JUAN PR 00936-4765 | Trade debt | Contingent Unliquidated Disputed | 23,623.09 |
| NW SELECTA 599 CALLE 15 NW SAN JUAN PR 00920-2110 | NW SELECTA 599 CALLE 15 NW SAN JUAN PR 00920-2110 | Trade debt | | 23,903.06 |
| LEGRAND MERCADO CENTRA EDF C ZONA PORTUARIA PUERTO NUEVO PR 00920 | LEGRAND MERCADO CENTRA EDF C ZONA PORTUARIA PUERTO NUEVO PR 00920 | Trade debt | | 26,707.80 |
| RJ INDUSTRIAL PO BOX 173 BAYAMON PR 00960 | RJ INDUSTRIAL PO BOX 173 BAYAMON PR 00960 | Trade debt | Contingent Unliquidated Disputed | 40,000.00 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| VSUAREZ PO BOX 364588 SAN JUAN PR 00936-4588 | VSUAREZ PO BOX 364588 SAN JUAN PR 00936-4588 | Trade debt | | 54,000.00 |
| FIRSTBANK PO BOX 9146 SAN JUAN PR 00908-0146 | FIRSTBANK PO BOX 9146 SAN JUAN PR 00908-0146 | Credit Line | | 60,000.00 |
| RG Premier Bank C/O Scotiabank PO Box 2510 Guaynabo, PR 00970-2510 | RG Premier Bank C/O Scotiabank PO Box 2510 Guaynabo, PR 00970-2510 | Credit Line | | 300,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date     September 1, 2010

Signature

MARIA TERESA JUANES TEIRA,
STOCKHOLDER

B203
12/94

# United States Bankruptcy Court
### District of Puerto Rico

In re  MANDY'S BBQ CORP

Case No. _____

Chapter _____ 11 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................ .... $ ___10,000.00___

Prior to the filing of this statement I have received .......... ................ $ ___10,000.00___

Balance Due ...................................... ................ $ ___0.00___

2.  The source of compensation paid to me was:

☑ Debtor        ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

Plus filing fees. Payment of fees and expenses in this case are subject to the filing of an application for compensation to be served to creditors and parties in interest, and to be apporved by the Honorable Court.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

September 1, 2010

_____
Date

/s/ Wigberto Lugo Mender, Esq.
_____
Signature of Attorney

Lugo Mender & Co
_____
Name of law firm

# MANDYS BBQ Corp.

MINUTA SOBRE RESOLUCION CORPORATIVA

**Mandys BBQ Corp.** corporación constituida de conformidad a las leyes del Estado Libre Asociado de Puerto Rico, por ésta certifica:

**PRIMERO**: Que en reunión de la Junta de Directores y Accionistas de ésta corporación, celebrada el 27 de agosto de 2010, quedo resuelto solicitar la protección del Tribunal Federal de Quiebras con la radicación inmediata de una petición de reorganización corporativa de conformidad al Capitulo 11 del Código de Quiebras. La resolución adoptada por la Junta de Directores y Accionista fue como sigue:

*En el mejor interés de la Empresa se autoriza en presentar una petición de reorganización en conformidad al Capitulo 11 del Código Federal de Quiebras. De igual forma se autoriza a la Sra. María Teresa Juanes Teira, Unica Accionista e la Corporación y al Sr. Armando García Juanes, Presidente, a que represente a esta en este proceso, incluyendo la contratación de los servicios profesionales necesarios para esta encomienda.*

EN TESTIMONIO DE LO CUAL, el aquí suscribiente certifica que los datos contenidos en esta resolución son ciertos, hoy 1 de septiembre de 2010.

_____
Secretario (a)

(Sello Corporativo)

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

District of Puerto Rico

In re    MANDY'S BBQ CORP

Debtor

Case No. _____

Chapter   11 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 2,000,000.00 | | |
| B – Personal Property | YES | 4 | $ 486,605.73 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 1,805,514.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $ 527,398.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 7 | | $ 644,831.90 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 21 | $ 2,486,605.73 | $ 2,977,744.51 | |

Official Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
### District of Puerto Rico

In re    MANDY'S BBQ CORP _____      Case No. _____

                 Debtor

                                                 Chapter    11 _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | N.A. |
| Average Expenses (from Schedule J, Line 18) | $ | N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy 2010 ©1991-

B6D (Official Form 6D) (12/07)

In re ___MANDY'S BBQ CORP___ ,                                Case No. _____
        **Debtor**                                                                      **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 400009675 <br><br> Eurobank <br> C/O Oriental <br> PO Box 191009 <br> San Juan PR 00919-1009 | X | | Incurred: May 12, 2000 <br> Lien: First Mortgage <br> Security: Commercial Property located at Urb Reparto Residencial Parque Central, Hato Rey PR <br><br> **VALUE $**     2,000,000.00 | | | | 1,717,158.23 | 0.00 |
| ACCOUNT NO. 400008746 <br><br> Eurobank <br> PO Box 191009 <br> San Juan PR 00919-1009 | X | | Incurred: May 12, 2000 <br> Lien: Interest accrued First Mortgage <br> Security: Commercial Property located at Urb Reparto Residencial Parque Central, Hato Rey PR <br><br> **VALUE $**     2,000,000.00 | | | | 76,598.74 | 0.00 |
| ACCOUNT NO. <br><br> REFRIGERAMA <br> PO BOX 446 <br> CATANO PR 00963-0446 | | | Lien: Chattel Mortgage <br> Security: Equipment <br><br><br> **VALUE $**     20,000.00 | | | | 11,757.27 | 0.00 |

__0__   continuation sheets attached

                                            Subtotal ▶ <br> (Total of this page)

| | $1,805,514.24 | $    0.00 |
|---|---|---|

            Total ▶ <br> (Use only on last page)

| | $1,805,514.24 | $    0.00 |
|---|---|---|

(Report also on Summary of Schedules)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

2010, New Hope Software, Inc. - ver 4.5.3-747 - 30906

B6E (Official Form 6E) (12/07)

In re ___MANDY'S BBQ CORP_____,     Case No._____
                          Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) - Cont.**

In re_____,    Case No._____
MANDY'S BBQ CORP
Debtor                                                  (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ **continuation sheets attached**

2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

B6E (Official Form 6E) (12/07) - Cont.

In re  MANDY'S BBQ CORP _____,          Case No. _____
         Debtor                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  66-0565870<br><br>Corporacion Fondo del Seguro Estado<br>PO Box 365028<br>San Juan PR 00936-5028 | | | Consideration: Workmen Compensation | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO.  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<br><br>CRIM<br>PO Box 195387<br>San Juan PR 00936-5387 | | | Incurred: 2000-2001-2004-2005 Consideration: -2006-2007-2008 Personal Property Tax | | | | 69,966.95 | 3,328.43 | 66,638.52 |
| ACCOUNT NO.  66-0565870<br><br>Departamento de Hacienda<br>PO Box 9024140<br>Oficina 424-B<br>San Juan,P R00902-4140 | | | Incurred: 2008-2010 Consideration: Sale Tax (IVU) year 2008 $64,250.69--year 2009 $81,794.70 | | | | 200,648.92 | 200,648.92 | 0.00 |
| ACCOUNT NO.  66-0565870<br><br>Dept. Trabajo & Rec. Humanos<br>Negociado Seguridad de Empleo<br>Sección de Quiebras<br>505 Ave. Muñoz Rivera<br>San Juan PR 00919 | | | Incurred: 2006 up to 2010 Consideration: Unemployment Benefits | | | | 40,832.36 | 40,832.36 | 0.00 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 311,448.23 | $ 244,809.71 | $ 66,638.52 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver 4.5.3-747  -  30906

B6E (Official Form 6E) (12/07) - Cont.

In re  MANDY'S BBQ CORP
                                                    ,        Case No. _____
           Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 66-0565870 <br><br> Dept. Trabajo & Rec. Humanos Negociado Seguridad de Empleo Sección de Quiebras 505 Ave. Muñoz Rivera San Juan PR 00919 | | | Incurred: 2006 up to 2010 Consideration: Disability Benefits | | | | 5,426.18 | 5,426.18 | 0.00 |
| ACCOUNT NO. 66-0565870 <br><br> Internal Revenue Service City View Plaza 2 48 Carr 165 Suite 2000 Guaynabo PR 00968-8000 | | | Incurred: 2006-2009 Consideration: 941PR; 940PR and Penalty 941PR $134,815.44-- 940PR $7,185.45-- Penalty $38,051.24 | | | | 180,052.13 | 130,021.39 | 50,030.74 |
| ACCOUNT NO. 66-0565870 <br><br> MUNICIPIO DE SAN JUAN PO BOX 70179 SAN JUAN PR 00936-7179 | | | Incurred: 2006-2008-2009-2010 Consideration: Municipality License (Patente) | | | | 30,471.83 | 23,600.16 | 6,871.67 |
| ACCOUNT NO. <br><br><br><br> | | | | | | | | | |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 215,950.14 | $ |   | $ |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 527,398.37 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 403,857.44 | $123,540.93 |

Bankruptcy2010 ©1991-2010. New Hope Software, Inc., ver 4.5.3-747 - 30906

B6F (Official Form 6F) (12/07)

In re ___MANDY'S BBQ CORP_____ ,          Case No. _____
          **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>ANTONIO RULLAN MASCARO ESQ ATTORNEY FOR DCF INC-DIAZ CANSECO PO BOX 9066612 SAN JUAN PR 00906-6612 | | | Consideration: Civil Action #KCD09-2962 for Collection of Money | X | X | X | Notice Only |
| ACCOUNT NO. Domenech #000208167999 <br><br>Autoridad Acueductos y Alcantarillado PO Box 70101 San Juan PR 00936-8101 | | | Consideration: Utilities (Water) Americo Miranda #000212299358 Borinquen Towers #000218137636; Montemar Plaza #00021884316; | | | | 127.30 |
| ACCOUNT NO. <br><br>Autoridad de Energia Electrica PO Box 363508 San Juan PR 00936-3508 | | | Consideration: Utilities-- Americo Miranda #0260080096006 Borinque Towers 026-0371499002; Montemar Plaza #0130327375004; San Francisco #01405724180026; Domenech Store#01303203960065; Building #0130320310001; Office #0130320363003 | | | | 15,635.28 |
| ACCOUNT NO. 44793 <br><br>BEST FIRE TECH PO BOX 190502 SAN JUAN PR 00919-0502 | | | Incurred: 2009 Consideration: Trade Debt-Civil Action #KCM2010-2184 against Mandys BBQ for Collection of Money | X | X | X | 1,956.13 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-747 - 30906

__6__  continuation sheets attached                                    Subtail ➤  | $ | 17,718.71 |

                                                        Total ➤  | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  MANDY'S BBQ CORP _____,        Case No. _____
               Debtor                                                        (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> BRUNILDA GONZALEZ TRAVIESO ESQ ATTORNEY FOR BEST FIRE TECH 8 AVENIDA LAGUNA A-118 CAROLINA PR 00979 | | | Consideration: Civil Action #KCM2010-2184 against Mandys BBQ for Collection of Money | X | X | X | Notice Only |
| ACCOUNT NO. <br> CARLOS RODRIGUEZ GARCIA ESQ ATTORNEY SIGN ENGINEERING PO BOX 192831 SAN JUAN PR 00919-2831 | | | Consideration: Civil Action #KCM2010-2496 for Collection of Money against Mandys BBQ | X | X | X | Notice Only |
| ACCOUNT NO.  62704 <br> COCA COLA PO BOX 51985 TOA BAJA PR 00950-1985 | | | Incurred: August 2010 Consideration: Trade Debt | | | | 1,841.70 |
| ACCOUNT NO. <br> DCF INC -DIAZ CANSECO PO BOX 364765 SAN JUAN PR 00936-4765 | | | Incurred: September 11, 2007 Consideration: Trade Debt. Civil Action #KCD09-2962 for Collection of Money | X | X | X | 23,623.09 |
| ACCOUNT NO. <br> Del Gas Inc. Po Box 362203 San Juan PR 00936-2203 | | | Incurred: 2010 Consideration: Gas Service (Domenech) | | | | 8,055.00 |

Sheet no. __1__ of __6__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $      33,519.79

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

B6F (Official Form 6F) (12/07) - Cont.

In re  MANDY'S BBQ CORP _____ ,          Case No. _____
         Debtor                                                                      (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DORA MONSERRATE ESQ<br>C/O TSCPR Family Partnership LTD<br>606 Ave. Muñoz Rivera<br>San Juan PR 00917-1233 | | | Consideration: Civil Case No. KPE2009-2324<br>TSCPR Family Partnership vs Mandys BBQ<br>Case NO. KPE2009-2324 | X | X | X | Notice Only |
| ACCOUNT NO.  21739<br>EMPRESAS DE GAS<br>PO BOX 1025<br>SABAN SECA PR 00952-1025 | | | Incurred: October 2008<br>Consideration: Trade Debt | | | | 12,360.41 |
| ACCOUNT NO.  92320376<br>Eurobank<br>C/O Oriental<br>PO Box 191009<br>San Juan PR 00919-1009 | | | Consideration: Lease Vehicle Mercedes Benz c350w year 2008 | | | | 0.00 |
| ACCOUNT NO.  92314582<br>Eurobank<br>C/O Oriental<br>PO Box 191009<br>San Juan PR 00919-1009 | | | Consideration: Lease Vehicle BMW X5 year 2007 | | | | 0.00 |
| ACCOUNT NO.<br>Fernando Gallardo, Esq.<br>C/O Isidoro Roffe<br>PO BOx 193600<br>San Juan PR 00919-3600 | | | Consideration: Civil Case No. KCD2006-0361<br>Isidoro Roffes vs Mandys BBQ et al<br>Contingent Claim | X | X | X | 1.00 |

Sheet no. 2 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ | 12,361.41
Total ► $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

B6F (Official Form 6F) (12/07) - Cont.

In re   MANDY'S BBQ CORP                                       ,        Case No. _____
            **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FIRSTBANK<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | X | | Consideration: Credit Line | | | | 60,000.00 |
| ACCOUNT NO.<br><br>ISIDORO ROFFE COHEN<br>PO BOX 362469<br>SAN JUAN PR 00936-2469 | | | Incurred: 2009<br>Consideration: Civil Action #KPE2009-2665 against Mandys BBQ | X | X | X | 21,000.00 |
| ACCOUNT NO.<br><br>JAIRO MELLADO VILLAREAL ESQ<br>ATTORNEY FOR ISIDORO ROFFE<br>165 AVE PONCE DE LEON OFC 102<br>SAN JUAN PR 00917-1233 | | | Incurred: 2009<br>Consideration: Civil Action #KPE2009-2665 against Mandys BBQ | X | X | X | Notice Only |
| ACCOUNT NO. 2064857<br><br>JOSE SANTIAGO<br>CALLE MARGINAL CARR 5<br>URB INDUSTRIAL LUCHETTI<br>BAYAMON PR 00959 | | | Incurred: July & August 2010<br>Consideration: Trade Debt | | | | 13,357.10 |
| ACCOUNT NO. 41208<br><br>JOSHUA ENTERPRISES<br>PO BOX 360293<br>SAN JUAN PR 00936-0293 | | | Incurred: July & August 2010<br>Consideration: Trade Debt | | | | 4,973.14 |

Sheet no. 3 of 6 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 99,330.24

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc. - ver 4.5.3-747 - 30906

**B6F (Official Form 6F) (12/07) - Cont.**

In re   MANDY'S BBQ CORP                                    ,          Case No. _____
                    **Debtor**                                                                            **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  218571<br><br>LEGRAND<br>MERCADO CENTRA<br>EDF C ZONA PORTUARIA<br>PUERTO NUEVO PR 00920 | | | Incurred: July & August 2010<br>Consideration: Trade Debt | | | | 26,707.80 |
| ACCOUNT NO.<br><br>MONICA VEGA QUINTANA ESQ<br>ATTORNEY RJ INDUSTRIAL<br>PO BOX 191652<br>SAN JUAN PR 00919-1652 | | | Consideration: Civil Action #KCD2009-3003 Collection of Money against Mandys BBQ | X | X | X | Notice Only |
| ACCOUNT NO.  218571<br><br>NW SELECTA<br>599 CALLE 15 NW<br>SAN JUAN PR 00920-2110 | | | Incurred: July & August 2010<br>Consideration: Trade Debt | | | | 23,903.06 |
| ACCOUNT NO.<br><br>ORIENTAL BANK AND TRUST<br>PO Box 191429<br>San Juan Puerto Rico 00919-1429 | | | Consideration: Eurobank loans Scheduled | | | | Notice Only |
| ACCOUNT NO.<br><br>Puerto Rico Telephone Co.<br>PO Box 71401<br>San Juan, PR 00936 | | | Consideration: Telephone | | | | 571.88 |

Sheet no.  4   of  6   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ 51,182.74

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

**B6F (Official Form 6F) (12/07) - Cont.**

In re  MANDY'S BBQ CORP                                      ,        Case No. _____

Debtor                                                                          **(If known)**

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1600446130<br><br>RG Premier Bank<br>C/O Scotiabank<br>PO Box 2510<br>Guaynabo, PR 00970-2510 | X | | Consideration: Credit Line | | | | 300,000.00 |
| ACCOUNT NO.  81028652<br><br>RG Premier Bank<br>C/O Scotiabank<br>PO Box 2510<br>Guaynabo, PR 00970-2510 | | | Consideration: Line of Credit | | | | 15,000.00 |
| ACCOUNT NO.<br><br>RIVERA MUNIZ ELISA HERNANDEZ<br>LAW OFFICE<br>PO BOX 364908<br>SAN JUAN PR 00936-4908 | | | Consideration: Legal Services | | | | 15,210.93 |
| ACCOUNT NO.<br><br>RJ INDUSTRIAL<br>PO BOX 173<br>BAYAMON PR 00960 | | | Incurred: 2009<br>Consideration: Civil Action #KCD2009-3003<br>Collection of Money against Mandys BBQ | X | X | X | 40,000.00 |
| ACCOUNT NO.<br><br>SCOTIABANK DE PUERTO RICO<br>PO BOX 362649<br>SAN JUAN PUERTO RICO<br>00936-2649 | | | Consideration: RG Premier Bank loan Scheduled | | | | Notice Only |

Sheet no.  5   of  6   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 370,210.93

Total ➤ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

B6F (Official Form 6F) (12/07) - Cont.

In re   MANDY'S BBQ CORP _____ ,        Case No. _____

                  Debtor                                         (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SIGN ENGINEERING CORP<br>PO BOX 1179<br>SAN JUAN PR 00970-1179 | | | Incurred: April 2, 2008<br>Consideration: Civil Action #KCM2010-2496 for Collection of Money against Mandys BBQ | X | X | X | 2,713.22 |
| ACCOUNT NO.<br>VSUAREZ<br>PO BOX 364588<br>SAN JUAN PR 00936-4588 | | | Incurred: 2008<br>Consideration: Trade Debt | | | | 54,000.00 |
| ACCOUNT NO.  40465<br>WALTKOCH<br>PO BOX 1646<br>DECATUR GEORGIA 30031 | | | Incurred: July 14, 2010<br>Consideration: Trade Debt | | | | 3,794.86 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.  6   of  6   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 60,508.08

Total ➤ | $ | 644,831.90

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.3-747 - 30906

**B6 (Official Form 6 - Declaration) (12/07)**

MANDY'S BBQ CORP

In re _____    Case No. _____
          **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                                              Debtor:

Date _____    Signature: _____
                                                                 (Joint Debtor, if any)

[If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

    I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
                                                                                                        Social Security No.
Printed or Typed Name and Title, if any,                          (Required by 11 U.S.C. § 110.)
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____    _____
    Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the _STOCKHOLDER_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the MANDY'S BBQ CORP_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _22__ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date ___September 1, 2010_____    Signature: _____

                                                                    MARIA TERESA JUANES TEIRA
                                                                    [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy 2010 ©1991-2010, New Hope Software, Inc., ver. 4.5-750 - 30906-302Y-09610

ANTONIO RULLAN MASCARO ESQ
ATTORNEY FOR AUTORIDAD CARLSEECO
PO BOX 9066612
SAN JUAN PR 00906-6612

ARMANDO GARCIA
AVENIDA FERNANDEZ JUNCOS
PISO 2 LOCAL #5
HATO REY PR 00918

AUTORIDAD ACUEDUCTOS Y
ALCANTARILLADOS
PO BOX 70101
SAN JUAN PR 00936-8101

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN PR 00936-3508

BEST FIRE TECH
PO BOX 190502
SAN JUAN PR 00919-0502

BRUNILDA GONZALEZ TRAVIESO ESQ
ATTORNEY FOR BEST FIRE TECH
8 AVENIDA LAGUNA A-118
CAROLINA PR 00979

CARLOS RODRIGUEZ GARCIA ESQ
ATTORNEY SIGN ENGINEERING
PO BOX 192831
SAN JUAN PR 00919-2831

COCA COLA
PO BOX 51985
TOA BAJA PR 00950-1985

CORPORACION FONDO DEL SEGURO
ESTADO
PO BOX 365028
SAN JUAN PR 00936-5028

CRIM
PO BOX 195387
SAN JUAN PR 00936-5387

DCF INC -DIAZ CANSECO
PO BOX 364765
SAN JUAN PR 00936-4765

DEL GAS INC.
PO BOX 362203
SAN JUAN PR 00936-2203

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424-B
SAN JUAN,P R00902-4140

DEPT. TRABAJO & REC. HUMANOS
NEGOCIADO SEGURIDAD DE EMPLEO
SECCIÓN DE QUIEBRAS
505 AVE. MUÑOZ RIVERA
SAN JUAN PR 00919

DORA MONSERRATE ESQ
C/O TSCPR FAMILY PARTNERSHIP LTD
606 AVE. MUÑOZ RIVERA
SAN JUAN PR 00917-1233

EL TOMATE INC
URB REPARTO RESIDENCIAL PARQUE
CENTRAL
LOCAL #3
HATO REY, PR

EMPRESAS DE GAS
PO BOX 1025
SABAN SECA PR 00952-1025

EUROBANK
C/O ORIENTAL
PO BOX 191009
SAN JUAN PR 00919-1009

EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

FERNANDO GALLARDO, ESQ.
C/O ISIDORRO ROFFE
PO BOX 193600
SAN JUAN PR 00919-3600

FIRSTBANK
PO BOX 9146
SAN JUAN PR 00908-0146

INMOBILARIA MONTEMAR SE
PO BOX 192153
SAN JUAN PR 00919-2153

INTERNAL REVENUE SERVICE
CITY VIEW PLAZA 2
48 CARR 165 SUITE 2000
GUAYNABO PR 00968-8000

ISIDORO ROFFE COHEN
PO BOX 362469
SAN JUAN PR 00936-2469

JAIRO MELLADO VILLAREAL ESQ
ATTORNEY FOR ISIDORO ROFFE
165 AVE PONCE DE LEON OFC 102
SAN JUAN PR 00917-1233

JOSE SANTIAGO
CALLE MARGINAL CARR 5
URB INDUSTRIAL LUCHETTI
BAYAMON PR 00959

JOSHUA ENTERPRISES
PO BOX 360293
SAN JUAN PR 00936-0293

LEGRAND
MERCADO CENTRA
EDF C ZONA PORTUARIA
PUERTO NUEVO PR 00920

MARIA TERESA JUANES TEIRA
AVENIDA DOMENECH 415
PISO 2 LOCAL #5
HATO REY PR 00918

MONICA VEGA QUINTANA ESQ
ATTORNEY RJ INDUSTRIAL
PO BOX 191652
SAN JUAN PR 00919-1652

MUNICIPIO DE SAN JUAN
PO BOX 70179
SAN JUAN PR 00936-7179

NW SELECTA
599 CALLE 15 NW
SAN JUAN PR 00920-2110

ORIENTAL BANK AND TRUST
PO BOX 191429
SAN JUAN PUERTO RICO 00919-1429

PEPPER'S INC
URB REPARTO METROPOLITANO 1
CENTRAL
LOCAL #1
HATO REY, PR

PUERTO RICO TELEPHONE CO.
PO BOX 71535
SAN JUAN PR 00936

REFRIGERAMA
PO BOX 446
CATANO PR 00963-0446

RG PREMIER BANK
C/O SCOTIABANK
PO BOX 2510
GUAYNABO, PR 00970-2510

RIVERA MUNIZ ELISA HERNANDEZ
LAW OFFICE
PO BOX 364908
SAN JUAN PR 00936-4908

RJ INDUSTRIAL
PO BOX 173
BAYAMON PR 00960

SCOTIABANK DE PUERTO RICO
PO BOX 362649
SAN JUAN PUERTO RICO 00936-2649

SIGN ENGINEERING CORP
PO BOX 1179
SAN JUAN PR 00970-1179

SOUTH AMERICAN RESTAURANT CORP
PO BOX 360597
SAN JUAN PR 00936-0597

VSUAREZ
PO BOX 364588
SAN JUAN PR 00936-4588

WALTKOCH
PO BOX 1646
DECATUR GEORGIA 30031

WING WAI FONG
CALLE GUZMAN RODRIGUEZ
5TA SECCION CI-6
LEVITOWN TOA BAJA PR 00949