### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| MANDYS BBQ. | * | CASE NO. 10-08104 (ESL) |
| | * | |
| | * | |
| DEBTOR | * | CHAPTER 11 |

*******************************************

### NOTICE AND CERTIFICATE OF SERVICE OF
### AMENDED PLAN OF REORGANIZATION DATED SEPTEMBER 26, 2011

TO ALL CREDITORS AND PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that on this same date copy of the <u>Amended Reorganization Plan dated September 26, 2011</u> filed on this same date (Docket entry 137) was mailed via first class mail to all parties in the attached master address list.

### NOTICE TO PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. In the event that an objection to this stipulation is filed, a hearing to consider said objection will be scheduled by the Honorable Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY:** That on this same date I electronically filed this Notice with the Clerk of Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

**I FURTHER CERTIFY:** That on this same date I mailed by United States Postal Service First Class Mail copy of this Notice to the non CM/ECF participants appearing in the enclosed master address list.

**RESPECTFULLY SUBMITTED**

In Guaynabo, Puerto Rico on this 30th day of September of 2011.

*/S/Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
**ATTORNEY FOR DEBTOR**
USDCPR-212304
Centro Internacional de Mercadeo
Carr. 165, Torre I Suite 501
Guaynabo, PR 00968
Tel. 787.707.0404
Fax 787.707.0412
e-mail: wlugo@lugomender.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-08104-ESL11<br>District of Puerto Rico<br>Old San Juan<br>Fri Sep 30 12:42:35 AST 2011 | COCA-COLA PR BOTTLERS<br>PO BOX 51985<br>TOA BAJA, PR 00950-1985 | MANDYS BBQ CORP<br>415 AVE DOMENECH<br>PISO 2 LOCAL 5<br>HATO REY, PR 00918 |
| ORIENTAL BANK & TRUST<br>PO BOX 11750<br>SAN JUAN, PR 00910-2850 | ORIENTAL BANK AND TRUST, SERVICED THROUGH BA<br>PO BOX 1809<br>MAYAGUEZ, PR 00681-1809 | REFRIGERAMA INC<br>C/O FRANCISCO L GONZALEZ-MAGAZ<br>FRANCISCO R GONALEZ LAW OFFICES<br>1519 PONCE DE LEON AVE SUITE 805<br>SAN JUAN, PR 00909-1719 |
| SCOTIABANK PR<br>PO BOX 362649<br>SAN JUAN, PR 00936-2649 | SOUTH AMERICAN RESTAURANTS CORP.<br>PO Box 360597<br>San Juan, PR 00936-0597 | STATE INSURANCE FUND CORPORATION<br>PO BOX 365028<br>SAN JUAN, PR 00936-5028 |
| TODTLY GROUP, INC.<br>138 Winston Churchill Ave.<br>Suite 316<br>San Juan, PR 00926-6013 | UNITED STATES OF AMERICA<br>US DEPT OF JUSTICE TAX DIVISION<br>PO BOX 227 BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0227 | US ATTORNEY GENERAL<br>US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20530-0001 |
| US ATTORNEYS OFFICE<br>ATTN BANKRUPTCY DIVISION<br>TORRE CHARDON SUITE 1201<br>350 CARLOS CHARDON STREET<br>SAN JUAN, PR 00918-2124 | US TRUSTEE<br>EDIFICIO OCHOA<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ANTONIO RULLAN MASCARO ESQ<br>ATTORNEY FOR DCF INC-DIAZ CANSECO<br>PO BOX 9066612<br>SAN JUAN PR 00906-6612 | AUTORIDAD ACUEDUCTOS Y ALCANTARILLADO<br>PO BOX 70101<br>SAN JUAN PR 00936-8101 | AUTORIDAD DE ENERGIA ELECTRICA<br>PO BOX 363508<br>SAN JUAN PR 00936-3508 |
| BEST FIRE TECH<br>PO BOX 190502<br>SAN JUAN PR 00919-0502 | BRUNILDA GONZALEZ TRAVIESO ESQ<br>ATTORNEY FOR BEST FIRE TECH<br>8 AVENIDA LAGUNA A-118<br>CAROLINA PR 00979-6448 | CARLOS RODRIGUEZ GARCIA ESQ<br>ATTORNEY SIGN ENGINEERING<br>PO BOX 192831<br>SAN JUAN PR 00919-2831 |
| COCA COLA<br>PO BOX 51985<br>TOA BAJA PR 00950-1985 | CORPORACION FONDO DEL SEGURO ESTADO<br>PO BOX 365028<br>SAN JUAN PR 00936-5028 | CRIM<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 |
| CRIM LEGAL COUNSEL OFFICE<br>PO BOX 195387<br>SAN JUAN PR 00919-5387 | Coca-Cola Puerto Rico Bottlers<br>PO Box 51985<br>Toa Baja, PR 00950-1985 | DCF INC -DIAZ CANSECO<br>PO BOX 364765<br>SAN JUAN PR 00936-4765 |
| DEL GAS INC<br>PO BOX 362203<br>SAN JUAN PR 00936-2203 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424-B<br>SAN JUAN PR 00902-4140 | DEPT TRABAJO & REC HUMANOS<br>NEGOCIADO SEGURIDAD DE EMPLEO<br>SECCION DE QUIEBRAS<br>505 AVE MUNOZ RIVERA<br>SAN JUAN PR 00918-3352 |

| | | |
|---|---|---|
| DORA MONSERRATE ESQ<br>C/O TSCPR FAMILY PARTNERSHIP LTD<br>606 AVE MUNOZ RIVERA<br>SAN JUAN PR 00918-3632 | Department of Treasury<br>Bankruptcy Section (Suite 1504)<br>235 Ave. Arterial Hostos<br>San Juan Puerto Rico 00918-1451 | EMPRESAS DE GAS<br>PO BOX 1025<br>SABAN SECA PR 00952-1025 |
| EUROBANK<br>C/O ORIENTAL<br>PO BOX 191009<br>SAN JUAN PR 00919-1009 | FERNANDO GALLARDO ESQ<br>C/O ISIDORRO ROFFE<br>PO BOX 193600<br>SAN JUAN PR 00919-3600 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 |
| FIRSTBANK<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | INMOBILARIA MONTEMAR SE<br>PO BOX 192153<br>SAN JUAN PR 00919-2153 | INMOBILIARIA MONTEMAR, SE & AFFILIATES<br>Attention: Manuel Arroyo Ruiz, Comptroll<br>PO Box 192153<br>San Juan, PR 00919-2153 |
| INTERNAL REVENUE SERVICE<br>CITY VIEW PLAZA 2<br>48 CARR 165 SUITE 2000<br>GUAYNABO PR 00968-8000 | ISIDORO ROFFE COHEN<br>PO BOX 362469<br>SAN JUAN PR 00936-2469 | JAIRO MELLADO VILLAREAL ESQ<br>ATTORNEY FOR ISIDORO ROFFE<br>165 AVE PONCE DE LEON OFC 102<br>SAN JUAN PR 00917-1235 |
| JOSE SANTIAGO<br>CALLE MARGINAL CARR 5<br>URB INDUSTRIAL LUCHETTI<br>BAYAMON PR 00959-5530 | JOSHUA ENTERPRISES<br>PO BOX 360293<br>SAN JUAN PR 00936-0293 | LEGRAND<br>MERCADO CENTRA<br>EDF C ZONA PORTUARIA<br>PUERTO NUEVO PR 00920 |
| MONICA VEGA QUINTANA ESQ<br>ATTORNEY RJ INDUSTRIAL<br>PO BOX 191652<br>SAN JUAN PR 00919-1652 | MUNICIPIO DE SAN JUAN<br>PO BOX 70179<br>SAN JUAN PR 00936-8179 | NW SELECTA<br>599 CALLE 15 NW<br>SAN JUAN PR 00920-2110 |
| ORIENTAL BANK & TRUST (Eurobank)<br>P.O BOX 192099<br>SAN JUAN P.R 00919-2099 | ORIENTAL BANK AND TRUST<br>C/O DELGADO FERNANDEZ<br>PO BOX 11750<br>FERNANDEZ JUNCOS STA.<br>SAN JUAN, PR 00910-2850 | ORIENTAL BANK AND TRUST<br>PO BOX 191429<br>SAN JUAN PUERTO RICO 00919-1429 |
| PUERTO RICO TELEPHONE CO<br>PO BOX 71401<br>SAN JUAN PR 00936-8501 | Provisiones Legrand<br>Garden Hills Plaza PMB 342<br>1353 Carr 19<br>Guaynabo, PR 009966-2700 | Puerto Rico Department of Labor<br>Collection Unit - 12th Floor<br>505 Muoz Rivera Ave<br>San Juan PR 00918-3352 |
| REFRIGERAMA<br>PO BOX 446<br>CATANO PR 00963-0446 | REFRIGERAMA INC<br>CO FRANCISCO J GONZALEZ MAGAZ<br>1519 PONCE DE LEON AVE SUITE 805<br>SAN JUAN PR 00909-1719 | RG PREMIER BANK<br>C/O SCOTIABANK<br>PO BOX 2510<br>GUAYNABO PR 00970-2510 |
| RIVERA MUNIZ ELISA HERNANDEZ<br>LAW OFFICE<br>PO BOX 364908<br>SAN JUAN PR 00936-4908 | RJ INDUSTRIAL<br>PO BOX 173<br>BAYAMON PR 00960-0173 | SCOTIABANK DE PUERTO RICO<br>PO BOX 362649<br>SAN JUAN PUERTO RICO 00936-2649 |

```
SCOTIABANK DE PUERTO RICO                SIGN ENGINEERING CORP                 SOUTH AMERICAN RESTAURANT CORP
SPECIAL LOANS - R-G PREMIER BANK OF P.R. PO BOX 1179                           PO BOX 360597
P.O. BOX 9023905                         SAN JUAN PR 00960-1179                SAN JUAN PR 00936-0597
SAN JUAN, P.R. 00902-3905


V SUAREZ & CO INC                        VSUAREZ                               WALTKOCH
PO BOX 364588                            PO BOX 364588                         PO BOX 1646
SAN JUAN PR  00936-4588                  SAN JUAN PR 00936-4588                DECATUR GEORGIA 30031-1646


WING WAI FONG                            ELIZABETH ATTIAS MENACHE              ENRIQUE J SILVA ALMEYDA
CALLE GUZMAN RODRIGUEZ                   5 PALM CIRCLE                         PMB 201 3071 ALEJANDRINO AVE
5TA SECCION CI-6                         APT 602                               GUAYNABO, PR 00969-4800
LEVITOWN TOA BAJA PR 00949               COND PORTOFINO
                                         GUAYNABO, PR 00968-4476


ISIDORO ROFFE COHEN                      MONSITA LECAROZ ARRIBAS               WIGBERTO LUGO MENDER
5 PALM CIRCLE                            OFFICE OF THE US TRUSTEE (UST)        LUGO MENDER & CO
APT 602                                  OCHOA BUILDING                        CENTRO INTERNACIONAL DE MERCADEO
COND PORTOFINO                           500 TANCA STREET  SUITE 301           CARR 165 TORRE 1 SUITE 501
GUAYNABO, PR 00968-4476                  SAN JUAN, PR 00901-1938               GUAYNABO, PR 00968
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Inmobiliaria Montemar SE              (d)State Insurance Fund               End of Label Matrix
                                         PO Box 365028                         Mailable recipients    71
                                         San Juan, PR   00936-5028             Bypassed recipients     2
                                                                               Total                  73
```